# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

––––––––––––

No. 11-1309

––––––––––––

| | | |
|---|---|---|
| Rita F. Cogbill, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Michael J. Astrue, Commissioner, | * | |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

––––––––––––

Submitted: July 22, 2011
Filed: August 1, 2011

––––––––––––

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

––––––––––––

PER CURIAM.

Rita F. Cogbill appeals the district court's[1] order affirming the denial of disability insurance benefits. Upon careful review of the record, see Gates v. Astrue, 627 F.3d 1080, 1082 (8th Cir. 2010) (standard of review), we conclude that the administrative law judge (ALJ) gave several valid reasons for his adverse credibility

[1]The Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

determination, and thus it is entitled to deference, see Halverson v. Astrue, 600 F.3d 922, 932 (8th Cir. 2010); that the ALJ was not required to schedule a consultative mental examination, see id. at 933 (ALJ is required to order medical examinations and tests only if medical records before him provide insufficient medical evidence to determine if claimant is disabled); and that the vocational expert's testimony in response to the ALJ's properly formulated hypothetical constituted substantial evidence, see Robson v. Astrue, 526 F.3d 389, 392 (8th Cir. 2008).[2] Accordingly, we affirm.

—————————————————

[2]We decline to consider some of Cogbill's arguments as she cites no supporting authority or her assertions are not supported by the record.